UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTONIO COSTA,<br><br>　　　　Defendant. | Docket No: 1:19-cr-10331-DPW-1 |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT ANTONIO COSTA**

　　Please enter the appearance of Daniel M. Rabinovitz, of the law firm Murphy & King, P.C., in the above-captioned case on behalf of defendant Antonio Costa.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ANTONIO COSTA,

　　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel M. Rabinovitz*
　　　　　　　　　　　　　　　　　　　　Daniel M. Rabinovitz (BBO #558419)
　　　　　　　　　　　　　　　　　　　　MURPHY & KING, P.C.
　　　　　　　　　　　　　　　　　　　　One Beacon Street, 21st Fl.
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　Tel.: (617) 423-0400
　　　　　　　　　　　　　　　　　　　　Fax: (617) 423-0498
Dated: September 6, 2019　　　　　　　　drabinovitz@murphyking.com

763620v1

## CERTIFICATE OF SERVICE

I, Daniel M. Rabinovitz, hereby certify that on September 6, 2019, a true copy of the foregoing *Notice of Appearance* was filed through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served upon anyone indicated as a non-registered participant.

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz

763620v1